UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA et al.

11 Civ. 7541 (RJH)

        Plaintiff,

**NOTICE OF VOLUNTARY**
**DISCONTINUANCE**

  - against -

A.P. MOLLER-MAERSK A/S et al.

        Defendant.
-----------------------------------------------------------------X

The above captioned action having been settled,

    **IT IS HEREBY NOTICED** that the action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       December 29, 2011
       115-1195

                                  **CASEY & BARNETT, LLC**
                                  Attorneys for Plaintiff

                    By: _____
                                  Martin F. Casey
                                  65 West 36th Street, 9th Floor
                                  New York, New York 10018
                                  (212) 286-0225